IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 8:CV91-00317 |
| ONE 1985 CHEVROLET ASTRO VAN, ) VIN 1G8DM15N0FB188154, ) | **EX PARTE ORDER** |
| Defendant. ) | |

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
91 MAY 31 PM 4:18
NORBERT H. EBEL
CLERK

SEALED

NOW ON THIS __31st__ day of May, 1991, this matter comes on before the Court upon Plaintiff's Ex Parte Motion to Seal Complaint. Plaintiff is represented by Nancy A. Svoboda, Assistant United States Attorney. The Court reviews the Ex Parte Motion, and, being duly advised in the premises, finds as follows:

1. Plaintiff's Ex Parte Motion to Seal Complaint should be sustained.

2. The Verified Complaint for Forfeiture filed herein should be sealed until further Order of this Court, with the exception said Complaint should be made available to those attorneys who represent to this Court they will be representing the defendant property and any claimants to the defendant property.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. Plaintiff's Ex Parte Motion to Seal Complaint is hereby sustained.

2. The Verified Complaint for Forfeiture filed herein is hereby sealed until further Order of this Court, with the exception said Complaint shall be made available to those attorneys who inform this Court they will be representing the defendant property and any claimants to the defendant property.

DATED THIS 31st day of May, 1991.

BY THE COURT:

RICHARD G. KOPF
United States Magistrate Judge

USAO11