RECEIVED
JUL 25 1991
CLERK
U.S. DISTRICT COURT
OMAHA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
91 JUL 25 PM 3:12
NORBERT H. EBEL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:CV91-00317 |
| ) | |
| vs. ) | MOTION AND ORDER |
| ) | FOR PUBLICATION |
| ONE 1985 CHEVROLET ASTRO VAN, ) | |
| VIN 1G8DM15N0FB188154, ) | |
| ) | |
| Defendant. ) | |

Comes now the Plaintiff, United States of America, by and through its attorney, Nancy A. Svoboda, Assistant United States Attorney for the District of Nebraska, and, pursuant to Rule C(4) of Supplemental Rules for Certain Admiralty and Maritime Claims, moves this Court for an order directing the U.S. Marshal for the District of Nebraska to publish notice of this action and/or the arrest of the defendant property in the The Daily Record for three consecutive weeks, once each week, commencing the week of August 12, 1991. Further, the Plaintiff moves this Court to order said notice contain a requirement that persons claiming an interest in the defendant property file their claims within ten days of the final publication date of said notice and to file their Answer to the Complaint for Forfeiture on file herein within twenty days from the date their said claim has been filed with this Court.

In support of this Motion, Plaintiff respectfully shows the Court as follows:

1. On May 31, 1991, the Plaintiff filed a Verified Complaint for Forfeiture with this Court.

2. A Warrant for Arrest of Property In Rem was signed by the Deputy Clerk of the United States District Court for the District of Nebraska on May 31, 1991.

3. A Notice of Seizure and Procedure was filed in the United States District Court for the District of Nebraska on May 31, 1991.

4. The Verified Complaint for Forfeiture, Warrant for Arrest of Property In Rem and Notice of Seizure and Procedure were served upon the defendant property on June 17, 1991.

WHEREFORE, the Plaintiff, United States of America, seeks an Order from this Court directing the U.S. Marshal for the District to publish notification of this action as directed above so this action may effectively foreclose any and all interest of any additional claimants unknown to the Plaintiff at this time.

UNITED STATES OF AMERICA

RONALD D. LAHNERS
United States Attorney

By: *Nancy A. Svoboda*
NANCY A. SVOBODA
Assistant U.S. Attorney
P.O. Box 1228 - DTS
Omaha, Nebraska 68101
(402) 221-4774

## ORDER

Now on this 25th day of July, 1991, this Court finds Plaintiff's Motion for Publication is proper and should be sustained and IT IS SO ORDERED.

BY THE COURT:

_____
LYLE E. STROM, Chief
United States District Judge

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing Motion and unsigned Order for Publication was served on the following by placing same in the U.S. Mails, postage prepaid, this 24th day of July, 1991:

Richard J. Bruckner
Penthouse
Farm Credit Building
Omaha, Nebraska  68102

_____
L. Watkins

USAO11