**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
92 SEP 22 AM 10: 33
NORBERT H. EBEL
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:CV91-00317 |
| vs. ) | |
| ) | ORDER |
| ONE 1985 CHEVROLET ASTRO ) | |
| VAN, VIN 1G8DM15NOFB188154, ) | |
| ) | |
| Defendant. ) | |

On the court's own motion, the pretrial conference in this matter shall be rescheduled.

IT IS ORDERED that the pretrial conference in this matter shall be rescheduled to <u>Friday, October 9, 1992, at 10:30 a.m.</u>, in the chambers of the undersigned, Room 8321, Zorinsky Federal Building, 215 North 17th Street, Omaha, Nebraska.

DATED this 21st day of September, 1992.

BY THE COURT:

*Kathleen A. Jaudzemis*
Kathleen A. Jaudzemis
United States Magistrate Judge