IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:CV91-00317 |
| vs. ) | |
| ) | ORDER |
| ONE 1985 CHEVROLET ASTRO ) | |
| VAN, VIN 1G8DM15NOFB188154, ) | |
| ) | |
| Defendant. ) | |

This case is before the Magistrate Judge pursuant to 28 U.S.C. § 636. Upon oral notice of settlement given to the Magistrate Judge,

IT IS ORDERED:

1. Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court (and provide a copy to the Magistrate and to the trial judge to whom this case is assigned) together with submitting to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

3. Any pretrial conference previously scheduled is cancelled upon the representation that this case is settled.

DATED this 8th day of October, 1992.

BY THE COURT:

Kathleen A. Jaudzemis
United States Magistrate Judge