IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

92 OCT 20 PM 1:27

NORBERT H. EBEL
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:CV91-00317 |
| vs. | ) | |
| ONE 1985 CHEVROLET ASTRO VAN, VIN 1G8DM15N0FB188154, | ) | **ENTRY OF DEFAULT** |
| Defendant. | ) | |

It appearing from the Request to Enter Default and the Affidavit in support thereof filed herein that the claimants, Arturo Martinez, Ignacio Chavez, and any other unknown claimants, except Ruth Martinez, are in default of this action for failure to file a claim and an answer or otherwise defend as required by law, default is hereby entered against the said claimants as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

DATED this 20th day of October, 1992.

NORBERT H. EBEL, Clerk
United States District Court

By: _____
           Deputy