**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

92 NOV 10 PM 3: 07

NORBERT H. EBEL
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:CV91-00317 |
| v. ) | |
| ) | **DECREE OF FORFEITURE** |
| ONE 1985 CHEVROLET ASTRO VAN, ) | |
| VIN 1G8DM15NOFB188154, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS  10th  day of  November , 1992, this matter comes on before the Court upon the Stipulation for Entry of Decree of Forfeiture filed by the Plaintiff, United States of America, and the Claimant, Ruth Martinez; and upon the Motion for Default Judgment against Arturo Martinez and Ignacio Chavez filed by the Plaintiff.  Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

1. A Complaint for Forfeiture was filed herein on May 31, 1991.  A Warrant for Arrest <u>in Rem</u> was issued by this Court and was properly executed on the defendant property by the United States Marshal.

2. Publication of the notice of this action and of the arrest of the defendant property were duly made pursuant to Order of this Court dated July 25, 1991.

3. No person or entity entitled to the defendant property has filed a claim or answer to Plaintiff's Complaint within the time fixed by law, other than Ruth Martinez.

4. The Plaintiff's Request to Enter Default against Arturo Martinez and Ignacio Chavez was granted by this Court on October 20, 1992.

5. The parties' Stipulation for Entry of Decree of Forfeiture and Plaintiff's Motion for Default Judgment should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. The Stipulation for Entry of Decree of Forfeiture and Motion for Default Judgment are hereby sustained.

B. Any right, title or interest in or to the defendant property held by any person or entity is hereby forever barred and foreclosed.

C. The defendant property be and the same hereby is forfeited to the United States of America.

D. The defendant property shall be disposed of by the United States Marshal for the District of Nebraska in accordance with law.

BY THE COURT:

LYLE E. STROM, Chief
United States District Judge