IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:91CV317 |
| | ) | |
| v. | ) | |
| | ) | |
| ONE 1985 CHEVROLET ASTRO VAN, | ) | ORDER |
| VIN 1G8DM15NOFB188154, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On the advice of the Office of the United States Attorney that this case need no longer be sealed,

IT IS ORDERED the clerk of court may unseal this action.

DATED this 2nd day of March, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court